IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 10-18607 |
| Jose Melendez | ) | |
| Maria Melendez | ) | Judge Schmetterer, Jake B. |
| | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| Jose Melendez | ) | |
| Maria Melendez | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ADV. NO. 10 AP 01098 |
| | ) | |
| First American Bank | ) | |
| | ) | |
| Defendant. | ) | |

## ~~PLAINTIFF'S~~ FINDINGS OF FACT AND CONCLUSIONS OF LAW

~~Jose Melendez and Maria Melendez, by and through their attorneys, Gonzalez Law Group, P.C., and state as follows:~~

*[handwritten: Following default, the following findings and conclusions are made and to be entered:]*

### FINDINGS OF FACT

1. The Plaintiff filed a petition under Chapter 13 of the U.S. Bankruptcy Code on April 26th, 2010.

2. The Plaintiffs' are owners of a house, their principal place of residence, located at 5141 W. 64th St., Chicago, IL 60638.

3. Litton Loan Servicing holds a first mortgage lien on the real property commonly known as 5141 W. 64th St., Chicago, IL 60638, in the approximate amount of $159,649.00.

4. The Defendant holds a second mortgage lien on the real property known 5141 W. 64th St., Chicago, IL 60638, in the approximate amount of $31.523.00.

5. That Plaintiff obtained an appraisal of the property indicating the value of $135,000. Said

appraisal was performed on 5141 W. 6th St., Chicago, IL 60638 on 4/22/2010 by Thomas Conway Appraisal Service Group.

6. The current Chapter 13 Plan provides the Plaintiff will make monthly payments to the Chapter 13 Trustee in the amount of $175.00

7. Under the Plan, general unsecured creditors will be paid a dividend of 13% of their allowed claim.

8. On May 7, 2010, a copy of the summons and complaint was served upon Defendant in accordance with Rule 7004(b)(3) of the Federal Rules of Bankruptcy Procedure by regular U.S. mail to: **DAVID O JONES,** Legal Agent, 218 W. MAIN STREET, DUNDEE, IL 60118 and **JAMES M LYNCH,** President, 724 SYLVIAWOOD AVE., PARK RIDGE, IL 60068.

9. The Defendant has neither filed an appearance in this matter nor has the Defendant filed an answer to the complaint.

10. On May 7, 2010, Defendant filed an unsecured proof of claim for the lien on Plaintiff's property.

11. That the secured claim of $159,649.00 exceeds the value of the subject property, leaving nothing for Defendant's claim to attach to.

## PROPOSED CONCLUSIONS OF LAW

### A. Jurisdiction

1. The contested matter is a core proceeding pursuant to 28 U.S.C § 157 (b) (2)(k).

2. This Honorable Court has jurisdiction pursuant to § 157 and § 1334 of Title 28, United States Code.

3. This is a core proceeding within the meaning of § 157(B)(1) and (2) of Title 28, United States Code.

4. Venue is proper pursuant to §1409 of Title 28, United States Code.

Case 10-01098    Doc 19    Filed 08/04/10    Entered 08/05/10 12:26:39    Desc Main
                    Document      Page 3 of 3

10-01098:15.0:Proposed Findings of Fact and Conclusions of Law:Main Document Entered: 7/13/2010 7:01:54 PM by:Daniel Gonzalez Page 3 of 3

### B. Argument

5. This instant case was initiated under 11 U.S.C § 506(a) and F. R. Bankr. P. 3012.

6. The Plaintiff scheduled the first Litton Loan Servicing secured claim in the amount of $159,649.00 and the second First American Bank claim in the amount of $31,523.00.

7. That value of Plaintiff's residence is $135,000.00

8. As there is no value or equity to support the second priority lien of First American Bank, the First American Bank claim is not a claim secured at all by a security interest in the Debtor's residence, as the term is used in § 1322(b) Bankruptcy Code. The Debtors Chapter 13 plan may value the collateral under FR. Bankr.P.3012, and determine the respective rights of secured creditors through the language therein, contingent on confirmation thereof, completion of the Plan by the Debtor, and entry of discharge. *In re Meyer*, 2009 B 20268, Docket Entry 69 (Bankr. N.F.Ill. January 29, 2010)

Respectfully Submitted,

Gonzalez Law Group, P.C.

/s/ Daniel Gonzalez
By: One of the Attorneys for Plaintiff

Daniel Gonzalez 6285539
One of the Attorneys for Debtor
Gonzalez Law Group, P.C.
1904 S. Cicero Ave., Suite #1
Cicero Illinois 60804
312-962-0416